

**FILED**
NOVEMBER 29, 2006
JAMES W. McCORMACK, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
By: V. Dunner DEPUTY CLERK

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

OCT 16 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1715

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION*

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-9)

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 408 F.Supp.2d 1354 (J.P.M.L. 2005). Since that time, 84 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel



A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By s/ DOROTHY KELLER-FLOWERS
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: DECEMBER 18, 2006

## SCHEDULE CTO-9 - TAG-ALONG ACTIONS
## DOCKET NO. 1715
## IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ARKANSAS EASTERN** | |
| ARE 4:06-324 | Arthur A. Dercksen, et al. v. Ameriquest Mortgage Co. |
| **GEORGIA NORTHERN** | |
| ~~GAN 1:06-1452~~ | ~~Barbara S. Austin v. Ameriquest Mortgage Co., et al.~~ Opposed 10/30/06 |
| **GEORGIA SOUTHERN** | |
| ~~GAS 4:06-36~~ | ~~Mildred Golden v. Ameriquest Mortgage Co.~~ Opposed 10/30/06 |
| **MASSACHUSETTS** | |
| MA 1:06-11462 | Errick Jones, et al. v. Ameriquest Mortgage Co., |
| MA 1:06-11475 | Stephanie A. Butt, et al. v. Ameriquest Mortgage Co., |
| MA 1:06-11507 | Maria Pena, et al. v. Ameriquest Mortgage Co., |
| MA 3:06-30142 | Ronald J. Belliveau, et al. v. Ameriquest Mortgage Co., |
| **MICHIGAN EASTERN** | |
| MIE 2:06-12466 | Mike A. Kukla v. Ameriquest Mortgage Co., et al. |
| MIE 2:06-13734 | Ernest P. Burgess, et al. v. Ameriquest Mortgage Co., et al. |
| MIE 2:06-13735 | Daniel L. Vincer v. Ameriquest Mortgage Co., et al. |
| MIE 2:06-13778 | David John Duchene v. Ameriquest Mortgage Co., et al. |
| **MICHIGAN WESTERN** | |
| MIW 1:06-590 | Maria S. Martinez, et al. v. Ameriquest Mortgage Co., et al. |
| MIW 1:06-652 | William VanderPol, et al. v. Ameriquest Mortgage Co., et al. |
| **NEW YORK EASTERN** | |
| NYE 1:06-4811 | Stephanie R. Punch, et al. v. Ameriquest Mortgage Co. |
| **RHODE ISLAND** | |
| RI 1:06-389 | Charles C. Moss, et al. v. Argent Mortgage Co., LLC. |
| **SOUTH CAROLINA** | |
| SC 3:06-2493 | Wendy M. Smith v. Ameriquest Mortgage Co. |